Argued and submitted November 27, 2012, reversed and remanded
January 9, petitions for review denied May 30, 2013 (353 Or 714)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

ERIC JOE PENN,
*Defendant-Appellant.*

Multnomah County Circuit Court
080632799; A143276

296 P3d 1277

Laura A. Frikert, Deputy Public Defender, argued the cause for appellant. With her on the briefs was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Shannon T. Reel, Assistant Attorney General, argued the cause for respondent. With her on the answering brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General. With her on the supplemental brief were John R. Kroger, Attorney General, and Anna M. Joyce, Solicitor General.

Before Ortega, Presiding Judge, and Haselton, Chief Judge, and Sercombe, Judge.

PER CURIAM

Reversed and remanded. *State v. Richardson,* 253 Or App 75, 288 P3d 995 (2012).